UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEVI RUFFIN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-cv-761 (TSC) |
| ) | |
| **UNITED STATES**, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The Stipulation of Settlement filed by the parties (ECF No. 20) is hereby adopted and this action is hereby dismissed with prejudice.

Date:  December 18, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge